**FILED**
DEC 0 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. **07 MJ 8958** |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | Title 18 U.S.C. § 2252(A)(4)(B) |
| Niel MORGAN | ) | Possession of Images of Minors Engaged in Sexually Explicit Conduct |
| Defendant. | ) | |

The undersigned complainant being duly sworn states:

On or about July 17, 2007, within the Southern District of California, defendant Neil Stuart MORGAN did knowingly possess one or more matters, that is computer hard drive(s) and computer media containing digital and computer images which contained visual depictions, including files "04sitfuck1" and "sabnetfck1" that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Timothy Ballard, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5TH DAY OF DECEMBER 2007.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
    v.
Niel MORGAN

## STATEMENT OF FACTS

I am a Senior Special Agent ("SSA") with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") and am currently assigned to the Office of the Assistant Special Agent in Charge, El Centro, CA ("ASAC/CA"), Cybercrimes division, and have been in this position since December 2003. This complaint is based on my own investigation as well as information received from fellow ICE Agents and other law enforcement officers.

Starting in or about May 2007, ICE agents conducted Internet searches for child pornography videos being downloaded and shared on peer-to-peer file share networks. By June 2007, it was revealed that child pornography videos were allegedly being possessed and distributed from the residence of Jerry MORGAN: 1601 Drew Rd, Space 39, El Centro, CA. On July 17, 2007, a federal search warrant for child pornography was executed at the MORGAN residence.

One of the computers seized from the house was a Fujitsu laptop computer, which, according to witnesses in the house, belonged to Jerry MORGAN's son, Neil MORGAN. After Neil MORGAN was advised of his <u>Miranda</u> rights, to which he acknowledged and voluntarily waived, he admitted to ICE agents that the computer was his and that he was aware of the child pornography on his computer; though he denied responsibility for downloading it. Upon forensically analyzing the Fujitsu laptop, ICE agents discovered over one thousand videos/images of alleged child pornography. One of these images was a file titled "04sitfuk1", which depicts a naked prepubescent child (approximately 6-7 years of age) who is sitting with her legs spread apart on top of a naked adult male, who is laying on his back. The adult male's erect penis is penetrating the vagina of the child. ICE agents have identified this image as belonging to the "helen series", which is a series of child pornography images produced and distributed from the United Kingdom. Another image discovered in the Fujitsu computer was a file titled "sabnetfuk1", which depicts an adolescent boy inserting his erect penis into the vagina of a prepubescent girl. ICE agents have identified this image as belonging to the "sabban series", which is a series of child pornography images produced and distributed from Brazil.

1  Special Agent Ballard has interviewed at least three witnesses who have seen Neil
2  MORGAN's collection of child pornography. One of these witnesses further claims that her 10 year-
3  old daughter was sexually molested by Neil MORGAN. The alleged child victim also reported the
4  molest to law enforcement. One witness also reported to law enforcement that Neil MORGAN had
5  confessed to her that he had molested the child. Charges for the child molest have been filed in the
6  State of Oregon.