1  KAREN P. HEWITT
   United States Attorney
2  ALESSANDRA P. SERANO
   Assistant U.S. Attorney
3  California State Bar No. 204796
   880 Front Street, Room 6293
4  San Diego, California 92101
   Telephone: (619) 557-7084
5
   Attorneys for Plaintiff
6  United States of America

7

FILED
DEC 0 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8958

10  IN THE MATTER OF              ) Magistrate Case No.: UNSEALED AS OF 12/6/07
                                  )
11  NEIL MORGAN,                  ) **MOTION AND ORDER TO SEAL**
                                  )
12  _____ )

13       COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,
14  Karen P. Hewitt, United States Attorney, and Alessandra P. Serano, Assistant United States
15  Attorney, and hereby moves that all papers submitted in support of this complaint, including the
16  probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of
17  the contents of this probable cause statement and related documents may cause the defendant to flee
18  and may cause destruction of evidence and may have a negative impact on this continuing
19  investigation.
20       DATED: DECEMBER 4, 2007.

21                                    Respectfully submitted,

22                                    KAREN P. HEWITT
                                      United States Attorney
23
                                      J. Pul
24
                                      /s/ ALESSANDRA P. SERANO
25                                    Assistant U.S. Attorney