AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA   FILED

UNITED STATES OF AMERICA

V.

NEIL MORGAN

2007 DEC 10 PM 12:54

WARRANT FOR ARREST

CASE NUMBER: 07 MJ 8958

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          NEIL MORGAN

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense)

18 U.S.C. §2252(a)(4)(B) - Possession of Images of Minor Engaged in Sexually Explicit Conduct

In violation of Title _____18_____ United States Code, Section(s) 2252(a)(4)(B)

| W. SAMUEL HAMRICK, JR. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| ERIKA FLORES | 12/04/07, EL CENTRO, CALIFORNIA |
| Signature of Deputy | Date and Location |

Bail fixed at $ ____NO BAIL____  by   THE HONORABLE PETER C. LEWIS

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 12-5-07 | NAME AND TITLE OF ARRESTING OFFICER Timothy Ballard SPECIAL AGENT DHS/ICE | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 12-5-07 | | |



**FILED**
DEC 0 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No. **07 MJ 8958** |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | Title 18 U.S.C. § 2252(A)(4)(B) |
| Niel MORGAN ) | Possession of Images of Minors Engaged in Sexually Explicit Conduct |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about July 17, 2007, within the Southern District of California, defendant Neil Stuart MORGAN did knowingly possess one or more matters, that is computer hard drive(s) and computer media containing digital and computer images which contained visual depictions, including files "04sitfuck1" and "sabnetfck1" that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Timothy Ballard, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4TH DAY OF DECEMBER 2007.

**PETER C. LEWIS**
_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

1  UNITED STATES OF AMERICA
2       v.
   Niel MORGAN
3                    **STATEMENT OF FACTS**

4       I am a Senior Special Agent ("SSA") with the United States Department of Homeland
5  Security, Immigration and Customs Enforcement ("ICE") and am currently assigned to the Office
6  of the Assistant Special Agent in Charge, El Centro, CA ("ASAC/CA"), Cybercrimes division, and
7  have been in this position since December 2003. This complaint is based on my own investigation
8  as well as information received from fellow ICE Agents and other law enforcement officers.
9       Starting in or about May 2007, ICE agents conducted Internet searches for child pornography
10 videos being downloaded and shared on peer-to-peer file share networks. By June 2007, it was
11 revealed that child pornography videos were allegedly being possessed and distributed from the
12 residence of Jerry MORGAN: 1601 Drew Rd, Space 39, El Centro, CA. On July 17, 2007, a federal
13 search warrant for child pornography was executed at the MORGAN residence.
14      One of the computers seized from the house was a Fujitsu laptop computer, which, according
15 to witnesses in the house, belonged to Jerry MORGAN's son, Neil MORGAN. After Neil
16 MORGAN was advised of his <u>Miranda</u> rights, to which he acknowledged and voluntarily waived,
17 he admitted to ICE agents that the computer was his and that he was aware of the child pornography
18 on his computer; though he denied responsibility for downloading it. Upon forensically analyzing
19 the Fujitsu laptop, ICE agents discovered over one thousand videos/images of alleged child
20 pornography. One of these images was a file titled "04sitfuk1", which depicts a naked prepubescent
21 child (approximately 6-7 years of age) who is sitting with her legs spread apart on top of a naked
22 adult male, who is laying on his back. The adult male's erect penis is penetrating the vagina of the
23 child. ICE agents have identified this image as belonging to the "helen series", which is a series of
24 child pornography images produced and distributed from the United Kingdom. Another image
25 discovered in the Fujitsu computer was a file titled "sabnetfuk1", which depicts an adolescent boy
26 inserting his erect penis into the vagina of a prepubescent girl. ICE agents have identified this image
27 as belonging to the "sabban series", which is a series of child pornography images produced and
28 distributed from Brazil.

Special Agent Ballard has interviewed at least three witnesses who have seen Neil MORGAN's collection of child pornography. One of these witnesses further claims that her 10 year-old daughter was sexually molested by Neil MORGAN. The alleged child victim also reported the molest to law enforcement. One witness also reported to law enforcement that Neil MORGAN had confessed to her that he had molested the child. Charges for the child molest have been filed in the State of Oregon.