```
                                    FILED
                              07 DEC 19 PM 3: 15
                              CLERK, U.S. DISTRICT COURT
                              SOUTHERN DISTRICT OF CALIFORNIA

                              BY:  CP
                                                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '07 CR 3417 JLS |
| Plaintiff, ) | |
| ) | I N D I C T M E N T |
| v. ) | |
| ) | Title 18, U.S.C., |
| NEIL MORGAN, ) | Sec. 2252(a)(4)(B) – Possession of Images of Minors Engaged in Sexually Explicit Conduct; |
| Defendant. ) | Title 18, U.S.C., Secs. 2253(a)(1) and (a)(3) – Criminal Forfeiture |

The grand jury charges:

From approximately August 1, 2006 to July 17, 2007, within the Southern District of California and elsewhere, defendant NEIL MORGAN did knowingly possess one and more matters, to wit, a Fujitsu Lifebook computer, that contained visual depictions that had been shipped in interstate and foreign commerce and that were produced using materials that had been mailed and shipped and transported in interstate and foreign commerce, by various means including by computer, and the production of said visual depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

AKP:nlv:San Diego
12/18/07

## FORFEITURE ALLEGATION

As a result of committing the offense in violation of Title 18, United States Code, Section 2252(a)(4)(B), set forth above, defendant NEIL MORGAN shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3), all visual depictions described in Title 18, United States Code, Section 2252, and all items containing such visual depictions, which were possessed in violation of Title 18, United States Code, Section 2252 and all property, real and personal, used and intended to be used to commit and promote the commission of the aforestated offense, including but not limited to, the following properties: (a) computer images depicting minors engaging in sexually explicit conduct and the hard drives on which they are maintained; (b) a Fujitsu Lifebook computer, Serial Number NW9LT65255565.

All pursuant to Title 18, United States Code, Section 2252.

DATED: December 19, 2007.

A TRUE BILL.

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
ANNE KRISTINA PERRY
Assistant U.S. Attorney