```
 1  HOLLY S. HANOVER, Esq.
    California State Bar Number 177303
 2  3132 Third Ave. #101
    San Diego, CA 92103
 3  Telephone: (619) 295-1264
    E-Mail: Netlawyr@aol.com
 4  Attorney for Defendant, Mr. Neil Morgan

 5
                   UNITED STATES DISTRICT COURT
 6                 SOUTHERN DISTRICT OF CALIFORNIA
                   (THE HON. JANIS L. SAMMARTINO)
 7

 8  UNITED STATES OF AMERICA,      )   CASE NO.  07cr3417-JLS
            Plaintiff,              )
 9                                  )   DATE:  January 23, 2005
    v.                              )   TIME:  1:30 p.m.
10                                  )
    NEIL MORGAN,                    )   NOTICE OF MOTIONS and MOTIONS TO:
11          Defendant.              )   1) COMPEL DISCOVERY; and for
                                    )   2) LEAVE TO FILE FURTHER MOTIONS
12                                  )

13

14  TO:  KAREN P. HEWITT, or current UNITED STATES ATTORNEY, AND
         ALESSANDRA P. SERANO, or current ASSISTANT UNITED STATES ATTORNEY:
15

16       PLEASE TAKE NOTICE that on January 23, 2007 at 1:30 p.m., or as

17  soon thereafter as counsel may be heard, the defendant, Neil Morgan, by

18  and through his counsel, Holly S. Hanover, will ask this Court to enter

19  an order granting the motions listed below.

20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //
```

**MOTIONS**

The Defendant, Neil Morgan, by and through his attorney, Holly S. Hanover, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1)   Compel Discovery; and to

2)   Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

**Respectfully submitted,**

**Dated:  January 9, 2008**          s/ Holly Hanover
Attorney for Mr. Neil Morgan
E-mail: Netlawyr@aol.com