1  HOLLY S. HANOVER, Esq.
   California State Bar Number 177303
2  3132 Third Ave. #101
   San Diego, CA 92103
3  Telephone: (619) 295-1264
   E-Mail: Netlawyr@aol.com
4  Attorney for Defendant, Mr. Neil Morgan

5

                    **UNITED STATES DISTRICT COURT**
6                   **SOUTHERN DISTRICT OF CALIFORNIA**
                    **(THE HON. JANIS L. SAMMARTINO)**
7

8  **UNITED STATES OF AMERICA,**        )   CASE NO. 07cr3417-JLS
           **Plaintiff,**                )
9                                        )   DATE: January 23, 2005
   v.                                    )   TIME: 1:30 p.m.
10                                       )
   **NEIL MORGAN,**                      )   **CERTIFICATE OF SERVICE**
11         **Defendant.**                )
                                         )
12 _____        )

13 **IT IS HEREBY CERTIFIED THAT:**

14    I, Holly Hanover, am a citizen of the United States and am at

15 least 18 years of age. My business address is 3132 Third Ave.

16 #101, San Diego, CA, 92103.

17    I have cause the service of the Motion for Discovery on this

18 case. The following recipients are currently on the list to

19 receive e-mail notices for this case and have thus been served

20 electronically at the following e-mail addresses:

| Name: | E-mail Address: |
|---|---|
| Alessandra P. Serano | Alessandra.P.Serano@usdoj.gov, Cindy.Muncy@usdoj.gov, efile.dkt.gc1@usdoj.gov |

                                         **Respectfully submitted,**

**Dated: January 9, 2008**              **s/ Holly Hanover**
                                         **Attorney for Mr. Neil Morgan**
                                         **E-mail: Netlawyr@aol.com**

                              1                              05cr1629-L