| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | ALESSANDRA P. SERANO |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 204796 |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California  92101 |
| 5 | Telephone: (619) 557-7084 |
| | Email: alessandra.p.serano@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.   07CR3417-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | JOINT MOTION TO CONTINUE |
| v. | ) | MOTION HEARING |
| | ) | |
| NEIL MORGAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Alessandra P. Serano, Assistant United States Attorney, and defendant, Neil Morgan, through his counsel, Holly Hanover, Esq, hereby jointly move this court to continue the motion hearing currently scheduled for Wednesday, January 23, 2008, at 1:30 p.m. to Friday, February 22, 2008 at 1:30 p.m.

The parties agree that time should be excluded for purposes of the Speedy Trial Act between January 23, 2008 and February 22, 2008 due to pending motions on file. Defendant is in custody.

Dated: January 16, 2008         s/Alessandra P. Serano
                                ALESSANDRA P. SERANO
                                Assistant U.S. Attorney

Dated: January 16, 2008         s/ Holly Hanover
                                HOLLY HANOVER
                                Counsel for Defendant

|   |   |
|---|---|
| SOUTHERN DISTRICT OF CALIFORNIA | |
| UNITED STATES OF AMERICA,  )  <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NEIL MORGAN, ) <br> ) <br> Defendant. ) <br> ) | Case No. 07CR3417-JLS <br><br> CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, ALESSANDRA P. SERANO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the Joint Motion to Continue Motion Hearing on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    Holly Hanover, Esq.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on January 16, 2008.

                                      s/Alessandra P. Serano  
                                      ALESSANDRA P. SERANO