UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3417-JLS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER TO CONTINUE MOTION |
| v. | ) | HEARING |
| | ) | |
| NEIL MORGAN, | ) | |
| Defendant. | ) | |
| | ) | |

Upon motion of the UNITED STATES OF AMERICA, and the defendant, and good cause appearing.

IT IS HEREBY ORDERED that the motion hearing in the above-referenced case be continued from Wednesday, January 23, 2008, at 1:30 p.m. to Friday, February 22, 2008 at 1:30 p.m.

Time is excluded between January 23, 2008 and February 22, 2008 for purposes of the Speedy Trial Act due to pending motions. Defendant is in custody.

IT IS SO ORDERED.

DATED: January 18, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge