1  Case No. 07-cr-03417-JLS-1
2  MORGAN, NEIL
3
4  I Consent to the substitution
5  Date: January 24, 2008
6
7                                         _George Siddell_
                                           GEORGE SIDDELL
8
9  I consent to the Substitution
10
11
12  Date: January 24, 2008
13                                         _Holly Hanover_
                                           HOLLY HANOVER
14
15
16
17
18  SO ORDERED:
19
20                                         _____
21  Date: January      , 2008              United States District Court Judge
22

```
1  GEORGE SIDDELL
   2727 Broadway
2  San Diego CA 92102
   CSBN: 048670
3  Tel. 619/231-3991
   Fax. 619/232-2286
4
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (SAN DIEGO)

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 07-cr-03417-JLS-1 |
| Plaintiff, | SUBSTITUTION OF ATTORNEY And ORDER THEREON |
| Vs. | |
| NEIL MORGAN | |
| Defendant | |

The defendant, **NEIL MORGAN**, hereby substitutes **GEORGE SIDDELL**, as his attorney of record in the case on file herein. Current counsel **HOLLY S. HANOVER** is hereby relieved of any and all responsibility of representation for the above-mentioned defendant, including trial and appeal.

I consent to the substitution.

Dated: January 24, 2008

_____
Neil Morgan
Defendant