FILED

08 MAY -1 PM 3:03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3417-JLS |
|---|---|---|
| Plaintiff, | ) | I N D I C T M E N T |
| | ) | **(Superseding)** |
| v. | ) | |
| | ) | Title 18, U.S.C., |
| NEIL STUART MORGAN, | ) | Sec. 2252(a)(2) - Receipt of |
| | ) | Images of Minors Engaged in |
| Defendant. | ) | Sexually Explicit Conduct; |
| | ) | Title 18, U.S.C., |
| | ) | Sec. 2252(a)(4)(B) - Possession |
| | ) | Images of Minors Engaged in |
| | ) | Sexually Explicit Conduct; |
| | ) | Title 18, U.S.C., Sec. 2253 - |
| | ) | Criminal Forfeiture |

The grand jury charges:

Count 1

On or about August 6, 2006, within the Southern District of California, defendant NEIL STUART MORGAN did knowingly receive visual depictions, that is digital and computer images, including a file named "kids.001.jpg", that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

APS:nlv:San Diego
4/28/08

#### Count 2

On or about August 6, 2006, within the Southern District of California, defendant NEIL STUART MORGAN did knowingly receive visual depictions, that is digital and computer images, including a file named "04sitfuk.jpg", that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

#### Count 3

On or about August 6, 2006, within the Southern District of California, defendant NEIL STUART MORGAN did knowingly receive visual depictions, that is digital and computer images, including a file named "preteen_daddy_fucks_his_little_girl.jpg", that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

#### Count 4

On or about August 6, 2006, within the Southern District of California, defendant NEIL STUART MORGAN did knowingly receive visual depictions, that is digital and computer images, including a file named "06anal.jpg", that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, the

production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

### Count 5

On or about August 6, 2006, within the Southern District of California, defendant NEIL STUART MORGAN did knowingly receive visual depictions, that is digital and computer images, including a file named "Sabban_05.jpg", that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

### Count 6

On or about August 6, 2006, within the Southern District of California, defendant NEIL STUART MORGAN did knowingly receive visual depictions, that is digital and computer images, including a file named "04yr_blows_daddy.mpg", that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

//

### Count 7

On or about August 6, 2006, within the Southern District of California, defendant NEIL STUART MORGAN did knowingly receive visual depictions, that is digital and computer images, including a file named "05hel-lo.mpg", that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

### Count 8

On or about August 6, 2006, within the Southern District of California, defendant NEIL STUART MORGAN did knowingly receive visual depictions, that is digital and computer images, including a file named "07year.anal.mpg", that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

### Count 9

On or about August 6, 2006, within the Southern District of California, defendant NEIL STUART MORGAN did knowingly receive visual depictions, that is digital and computer images, including a file named "felisha's_dad_rubs_balls_on_her_but_crack.jpg", that had been mailed, shipped and transported in interstate and foreign commerce by

any means, including computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

### Count 10

On or about August 6, 2006, within the Southern District of California, defendant NEIL STUART MORGAN did knowingly receive visual depictions, that is digital and computer images, including a file named "felisha's_dad_cums_on_her_pus.jpg", that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

### Count 11

On or about August 6, 2006, within the Southern District of California, defendant NEIL STUART MORGAN did knowingly receive visual depictions, that is digital and computer images, including a file named "felishas_dad_is_at_it_again.jpg", that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

//

## Count 12

On or about August 6, 2006, within the Southern District of California, defendant NEIL STUART MORGAN did knowingly receive visual depictions, that is digital and computer images, including a file named "07eatcock.jpg", that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

## Count 13

On or about August 6, 2006, within the Southern District of California, defendant NEIL STUART MORGAN did knowingly receive visual depictions, that is digital and computer images, including a file named "10yo_toobigforhermouth.jpg", that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

//
//
//
//
//
//

### Count 14

On or about August 6, 2006, within the Southern District of California, defendant NEIL STUART MORGAN did knowingly receive visual depictions, that is digital and computer images, including a file named "08eatcum.jpg", that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

### Count 15

On or about August 6, 2006, within the Southern District of California, defendant NEIL STUART MORGAN did knowingly receive visual depictions, that is digital and computer images, including a file named "!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!familyfukset.jpg", that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

### Count 16

On or about July 17, 2007, within the Southern District of California, defendant NEIL STUART MORGAN did knowingly possess one or more matters, that is computer hard drive(s) and computer media containing digital and computer images which contained visual depictions that had been mailed, shipped and transported in interstate

and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATION

As a result of his conviction of the felony offenses set forth in Counts 1-16 of this Indictment, defendant NEIL STUART MORGAN, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3) all visual depictions described in Title 18, United States Code, Section 2252, and all property, real or personal, used or intended to be used to commit or promote the commission of the offenses of conviction, including but not limited to the following:

(1) Fujitsu computer, Lifebook model, serial no. NW9LT65255565. All in violation of Title 18, United States Code, Section 2252.

DATED: May 1, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
ALESSANDRA P. SERANO
Assistant U.S. Attorney