FILED
2008 AUG 11 PM 12:09
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07cr3417-JLS |
| Plaintiff, ) | |
| ) | PRELIMINARY ORDER OF |
| v. ) | CRIMINAL FORFEITURE |
| ) | |
| NEIL MORGAN, ) | |
| ) | |
| Defendant. ) | |

WHEREAS, in the Indictment in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific property of the above-named Defendant pursuant to Title 18, United States Code, Section 2253 as property used or intended to be used to commit or promote the commission of the violation of Title 18, United States Code, Section 2252(a)(2) and 2252(a)(4)(B), as charged in the Indictment; and

WHEREAS, on or about May 9, 2008, the above-named Defendant, NEIL MORGAN ("Defendant"), pled guilty to the Indictment, which plea included consent to the criminal forfeiture allegation pursuant to Title 18 as set forth in the Indictment; and

WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the forfeited property and the offense; and

WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of said property, pursuant to 18 U.S.C. § 2253 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

1  WHEREAS, pursuant to Rule 32.2(b)(3), the United States having requested the authority to take custody of the following property which was found forfeitable by the Court, namely:

(1)  **Fujitsu computer, Lifebook model, serial no. NW9LT65255565**; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.  Based upon the guilty plea of the Defendant, the United States is hereby authorized to take custody and control of the following asset, and all right, title and interest of Defendant NEIL MORGAN in the following property are hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 18 U.S.C. § 2253 and 21 U.S.C. § 853(n):

(1)  **Fujitsu computer, Lifebook model, serial no. NW9LT65255565.**

2.  The aforementioned forfeited asset is to be held by the United States Immigration and Customs Enforcement in its secure custody and control.

3.  Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties.

4.  Pursuant to 21 U.S.C. § 853(n), the United States forthwith shall publish, at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the Immigration and Customs Enforcement's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5.  This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

6. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

7. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED: 8/8/08

JANIS L. SAMMARTINO, Judge
United States District Court